AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **DE**

Salix Pharmaceuticals, Ltd. et.al.

v.

Norwich Pharmaceuticals Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 20CV430 RGA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Richard G. Andrews | J. K. Jacobs, C. Clark, Blumenfeld | K. Keller, D. Fry |
| TRIAL DATE(S) 3/21/22 - 3/25/22 | COURT REPORTER H. Triozzi | COURTROOM DEPUTY L. Kilpatrick |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 3/21 | | | Dr. Robert S. Brown ; sworn |
| | W1 | 3/21 | | | Dr. Thomas Mahl ; sworn |
| | W2 | 3/21 | | | Deposition of Dr. Lorin Johnson |
| | W3 | 3/21 | | | Deposition of Dr. William Forbes |
| | W4 | 3/21 | | | Dr. Carl L. Berg ; sworn |
| | W5 | 3/21 | | | Dr. Gary Schoolnik ; sworn (remote) |
| W2 | | 3/22 | | | Dr. Herbert DuPont ; sworn |
| W3 | | 3/22 | | | Dr. Philip Schoenfeld ; sworn |
| | W6 | 3/22 | | | Dr. George Triadafilopoulos ; sworn (remote) |
| | W7 | 3/22 | | | Deposition of Dr. Enoch Bortey |
| | W8 | 3/23 | | | Deposition of Mark Pimentel |
| | W9 | 3/23 | | | Dr. Albert Harary ; sworn |
| | W10 | 3/24 | | | Dr. Michael J. Zaworotko ; sworn |
| | W11 | 3/24 | | | Deposition of Giuseppe Claudio Viscomi |
| W4 | | 3/24 | | | Dr. Allan S. Myerson ; sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages